**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-6664**

_____

DAVID AMBERGER,

                                        Plaintiff - Appellant,

          versus


GENE M. JOHNSON, Director of the Virginia
Department of Corrections; JOHN JABE, Deputy
Director of Operations Virginia Department of
Corrections; LARRY HUFFMAN, Regional Director
of Virginia Department of Corrections; LARRY
W. JARVIS, Warden of Bland Correctional
Center; VIRGINIA BANDY, Institutional
Operations Administrator of Bland Correctional
Center; CORRECTIONAL OFFICER DOE, Bland
Correctional Center; JANE DOE, Correctional
Officer Bland Correctional Center,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Jackson L. Kiser, Senior
District Judge.  (7:06-cv-00162-jlk)

_____

Submitted: October 31, 2006          Decided: November 3, 2006

_____

Before WILLIAMS and MICHAEL, Circuit Judges.*

_____

Affirmed by unpublished per curiam opinion.

_____

          *The opinion is filed by a quorum of the panel pursuant to 28
U.S.C. § 46(d) (2000).

David Amberger, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Amberger appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we grant Amberger's motion to file supplemental pleadings and documents, deny Amberger's motion for the appointment of counsel, deny his motion for a temporary restraining order, and affirm for the reasons stated by the district court. Amberger v. Johnson, No. 7:06-cv-00162-jlk (W.D. Va. Apr. 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED